**Opinion issued January 13, 2022**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-21-00538-CV

———————————

## IN RE ZACHARY CHARLES MCNEIL, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Zachary Charles McNeil ("Relator") filed a petition for writ of mandamus complaining of the Honorable Janet B. Heppard's ("Respondent") September 8, 2021 order denying Relator's plea to the jurisdiction and granting temporary orders in a suit to Adjudicate Parentage and Affecting the Parent-Child Relationship filed by Real Party in Interest Victoria Ann Stern ("Real Party") involving Relator's and Real Party's minor child. Relator complains of the trial

court's "granting of subject-matter jurisdiction" and seeks an order from this Court directing Respondent to vacate her "September 8, 2021 temporary order."[1]

We deny the petition for writ of mandamus. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.

---

[1] The underlying case is *In the Interest of [C.J.S.], a child*, Cause No. 21-DCV-281601, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Janet B. Heppard presiding.